UNITED STATES DISTRICT COURT OF NEW YORK
EASTERN DISTRICT

-----------------------------------------------------x
DIANE S. FORTUNE,

        Plaintiff,

GROUP LONG TERM DISABILITY
PLAN FOR EMPLOYEES OF KEYSPAN
CORPORATION; HARTFORD LIFE
INSURANCE COMPANY; OXFORD
HEALTH PLANS; METROPOLITAN LIFE
INSURANCE COMPANY

        Defendants.
-----------------------------------------------------x

**CIVIL ACTION NO**.:
CV 08 1017 (ADS)(ETB)

**NOTICE OF APPEAL**

DOCUMENT
ELECTRONICALLY FILED

      Plaintiff, DIANE S. FORTUNE, appeals to the United States Court of Appeals for the Second Circuit from the final judgment of the district court, entered in this case on August 10 2009, the Memorandum and Order, filed on September 12, 2009 which denied Fortune's Rule 60(a) Motion, which was timely filed on August 19, 2009, and all interlocutory orders that gave rise to that judgment, including but not limited to:

    1.    Memorandum of Decision and Order, filed on November 29, 2008, published at 588 F. Supp. 2d 339;

    2.    Memorandum of Decision and Order, filed on July 25, 2009, published at 2009 U.S. Dist. LEXIS 64190

    3.    Memorandum of Decision and Order, filed on August 10, 2009;

    4.    Judgment, filed on August 10, 2009; and

    5.    Memorandum of Decision and Order, filed on September 12, 2009.

Dated: September 14, 2009                         /S/ Thornton Davidson, #166487
                                                  THORNTON DAVIDSON
                                                  The ERISA Law Group
                                                  2055 San Joaquin Street
                                                  Fresno, CA 93721
                                                  Telephone:(559)256-9800
                                                  Telefax:(559)256-9795
                                                  e-mail: thorntondavidson@aol.com
                                                  Attorney for Plaintiff, DIANE S. FORTUNE
                                                  *Pro hac vice*

**NOTICE OF APPEAL**

TO:

Michael H. Bernstein (MHB 0579)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
*Attorneys for Defendant*
*GROUP LONG TERM DISABILITY PLAN*
*FOR EMPLOYEES OF KEYSPAN CORPORATION and*
*HARTFORD LIFE INSURANCE COMPANY*

<u>**CERTIFICATE OF SERVICE**</u>

I, Thornton Davidson, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEAL** was served **ECF** on September 14, 2009, upon the following:

>Michael H. Bernstein (MHB 0579)
>SEDGWICK, DETERT, MORAN & ARNOLD LLP
>125 Broad Street, 39th Floor
>New York, New York 10004-2400
>Telephone: (212) 422-0202
>Facsimile: (212) 422-0925
>***Attorneys for Defendant***
>*GROUP LONG TERM DISABILITY PLAN*
>*FOR EMPLOYEES OF KEYSPAN CORPORATION and*
>*HARTFORD LIFE INSURANCE COMPANY*

Dated: September 14, 2009

>/S/ Thornton Davidson #166487
>THORNTON DAVIDSON
>The ERISA Law Group
>2055 San Joaquin Street
>Fresno, CA 93721
>Telephone:(559)256-9800
>Telefax:(559)256-9795
>e-mail: thorntondavidson@aol.com
>Attorney for Plaintiff/Counter Defendant,
>DIANE S. FORTUNE,
>*Pro hac vice*